No. 92–1639. CITY OF CHICAGO ET AL. v. ENVIRONMENTAL DEFENSE FUND ET AL. C. A. 7th Cir. [Certiorari granted, 509

U. S. 903.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 25 minutes for petitioners, 25 minutes for respondents, and 10 minutes for the Solicitor General.